# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **STORMY BLANKINSHIP,** | ) | CASE NO. 2:17-cv-00777 |
| | ) | |
| | ) | JUDGE WATSON |
| **Plaintiff,** | ) | |
| | ) | STIPULATION OF DISMISSAL |
| | ) | WITH PREJUDICE |
| v. | ) | |
| | ) | |
| | ) | |
| **SEQUEL YOUTH AND FAMILY SERVICES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Now come the Plaintiff Stormy Blankinship and Defendant Sequel Youth and Family Services (hereafter the "Parties"), by and through the undersigned counsels, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to the Plaintiff's dismissal of this action with prejudice. The Parties have resolved this matter to their mutual satisfaction.

>  */s/ Robert M. Robenalt*
>  Robert M. Robenalt (0042251)
>  FISHER & PHILLIPS LLP
>  250 West Street, Suite 400
>  Columbus, Ohio 43215
>  Tel.: 614-221-1425
>  Fax: 614-221-1409
>  rrobenalt@fisherphillips.com
>
>  *Attorney for Defendant Sequel Youth and Family Services*

        */s/ Rayl L. Stepter (per written authorization)*
        Rayl L. Stepter (0047505)
        5650 Paul Blazer Parkway
        Dublin, Ohio 43017
        Telephone: 614-468-4100
        Facsimile: 614-468-4101
        Email: raylstepter@stepterlaw.com

        *Attorney for Plaintiff Stormy Blankinship*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing *Stipulation of Dismissal With Prejudice* was filed via the Court's CM/ECF system this 29th day of January, 2019, and that said system will electronically notify and serve all Parties of record.

        */s/ Robert M. Robenalt*
        Robert M. Robenalt (0042251)

FPDOCS 34890560.1